UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

FILED BY *MB* U.S.

APR 27 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Connie Prince
(Write the full name of the plaintiff)

vs.

- Florida Fish and Wildlife
Conservation Commission (FWC)

- Elisha D. Cernuto

(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

A. Plaintiff: Connie Prince

Address: 5475 N.W. St. James Dr #407

~~Inmate/Prison No.~~: Port St. Lucie FL 34947

Year of Birth: 1963   (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Florida Fish and Wildlife Conservation Commission   Defendant: Elisha D. Cernuto

Official Position: State law Enforcer   Official Position: FWC Officer

Place of Employment: Above   Place of Employment: Florida Fish and Wildlife Conservation Commission

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes.

Attach additional pages, if necessary.

See Attachment
#1 Pages: 27 Including Cover Sheets

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

See Attachments:

## IV. Jury Demand

Are you demanding a jury trial? ✓ Yes _____ No

Signed this 24th day of April , 20 26

*Connie Prince*
_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/24/2026 _____

*Connie Prince*
_____
Signature of Plaintiff

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

## UNITED STATES DISTRICT COURT

Connie Prince

for the

_____
*Plaintiff/Petitioner*

Florida Fish and Wild life Conservation
Commission

_____
*Defendant/Respondent*

Elisha D. Cernuto

)
)
)
)
)
)
)

Civil Action No.

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ N A _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

$ 0 - 250 per shift    No work for several months

My gross pay or wages are:  $ __Varies__ , and my take-home pay or wages are:  $ __Varies__ per Shift

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 5.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: NA

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: NA

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: NA

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: NA

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 04/24/2026

Connie Prince
*Applicant's signature*

Connie Prince
*Printed name*

Connie Prince/Case#: 562024 TR 033847

On Sunday November 03, 2024 04/21/2026

1.

while heading Westbound on Midway Rd, I notice a train of cars clustered together rapidly approaching My Vehicle. By the time I was nearing the intersection of Midway Rd and NW East Torino Parkway I noticed several vehicles clustered together closely near the rear of My vehicle.

When I signaled to get in the left turning lanes the vehicles followed suit and turned as well driving obviously to close to the rear of My bumper meaning the car behind Me.

To avoid an accident I put My Right blinker on and safely exited the turning lane. Immediately after I turned out of the turning lane the vehicle behind Me also turned out again. rapidly tailgating aggressively behind Me.

Connie Prince
Case #: 562024 TR033847          2.
                                 04/2?/2026

As I proceeded towards the intersection the car behind Me (Truck) put on sirens. I pulled My Vehicle out of the line of Traffic.

A very Adversial officer from Florida Wildlife Conservation Commission rapidly approached My window on the Drivers Side where I was and immediately begin to Aggresively Knocking on My window loudly and rapidly. I had never met her to My Knowledge prior to that night, so I was afraid and Apprehensive about rolling My window all the way down because of how very angry, hostile, and adversial she was from the beginning initially behaving towards Me, and it did not help that We had been pulled over innumerous times throughout Florida (mostly) Georgia, South Carolina by Federal, State, County City, etc law enforcement behaving

in the same manner or worse          3.
than Officer Cernuto.              04/21/2026
  I let down my window a title/
Little and was about to ask her
what I had did or words to that
effect, but before I could she
loudly knocked on the window
and asked for my License and
Registration. This was the beginning
of The moments of Threats towards Me Us.
She appeared angry, nervous
and highly volatile. She proceeded
to Knock on the window loudly.
I did not want to make any
sudden moves since she was
already Adrenal, Hostile and
armed! A lot of Psychological Abuse.

  Each Time I attempted to
ask her what I had did to get
pulled over she became even more
Adversial, insulting, aggressive, toxic
body in a military stance like
she was at war against Me.
I realized and recognized her
as someone in Our goverment

who was Intentionally actively Recklessly pursuing Failure, Relentlessly! She appeared to be very thoroughly racist and prejudice towards me. for some reason.

4.
04/21/2026

They can no longer afford to be racist or/and prejudice because it is not bringing them any peace and only wet and dried stained pus and blood stained profit.

There are just some things behaviors that I am NOT suppose to be forced to digest and process, especially repeatedly since we have been pulled over and detained a noticiable disturbing amount of Time by Federal, state, county, city etc in the same Adversal overtly over confident, Threatening Abusive etc Manner as ofc Cernuto. This was another one of these Times that I should Not have had to be exposed to and forced to process and Digest "this kind of cruel and

unusual Debased, Unhinged 5.
Intentional Mental, Emotional 04/21/2026
Psychological Threatening
overtly Outrageous behavior
and Misconduct especially from
a grown one/woman that
was choosen/chosen laughable
by her department as officer
of the Year/Quarter. This is
their Poor standards.

Ofc. Elisha Cernuto's Intentional
Abusive, Adversial, Threatening,
Overbearing Outrageous, Aggressive
Demeanor, Actions towards
Me were so Disturbing and
Disgusting that In order to
Prioritize My/Our Safety
Not only did I have to call 911,
I was also forced to only let
the window a lil to give her
My Driver's License at which
she snatched them so hard from
My hand/fingers that My
entire hand hit the window.

As I mentioned to Prioritize My Safety. from this Armed Imminent Immediate Threat acting under the colors of law that I was once again forced to Face, I called 911 in hopes of some sort of safety and if I was shot I could and would at least Already be on the line with 911 Dispatch who could send Me a paramedic.

6.
04/21/2026

I was so Mentally, Emotional, Physically etc fatigue and Distraught at the Time that I Literally could not immediately find anything that she was so Adversially Demanding.

My car registration appeared to be in My lap the entire Time, but at the Time I didn't recognize it. So many Unarmed Black People have been Murdered, Injured by officer behaving like her.

7.

04/21/2026

I was Threatendly Detained by Ofc. Cernuto until another FWC Office came, which took some Time, His Immediate posture was to serve and Protect her at any and all cost even though they knew and should have already known that I was unarmed.

When Officer Cernuto returned, to give Me back My Drivers License she Deliberately threw them at Me between the window Intentionally, Maliciously with a smirk on her face Striking Me in My Face. That would be the only Time that she smiled at Me.

As a Woman I was very Disturbed, Disheartened at her behavior towards Me. It ripped away the very fiber of Trust that I had in another law enforcement.

It does not help, that approx. a week or so give or take, we were stopped and detained by a FWC Caucasian Male while traveling East bound on SR 70 trying to Force Probable Cause to arrest and charge Me of all things.... for SLOWING DOWN and PROCEEDING With CAUTION as I APPROACHED A YELLOW Caution light, which was placed there for More than obvious Reasons

8.
04/21/2026

T

They Act and Endorse themselves, like For Profit, For Power, For Racism, For Promoting Habitual Domestic Abusers. Precalulating Forced oppurtunities to Make their next strike at us, in abusing their law system to Fasely charge us etc through citation numerous citations through lies twisted probable cause, False Narratives Mus information, disinformation, Falsehood Coercion etc To Bully, Threaten

Intimidate, force/Provoke a negative Reaction to further not only inflict Mental, Emotional, Psychological Phyciscal harms but all types of Distresses on The Mind, Body etc of their chosen victim. All Premeditated, Methodical, and Precalculated.

9.
04/21/2026

I was so obviously Distraught by Ofc. Threatening Outrageous Intentional Abusive Behavior and Conduct, that At the Time I had no recollection of her giving Me back My Drivers License and Insurance card, so I asked her nicely for my Drivers License because I didn't have them.
She harshly yelled back at Me, "You got them!" Because of her Absolutely Outrageous Overt Behavior, Actions towards Me, I cautiously looked around, but I still didn't see them.

I also couldn't find My Car Registration which she Intentionally cited Me for due to her Adversial, Aggressive, Abusive, Threatening Actions, and Conduct Towards Me. I later found the Drivers License under the / My Seat, recalling then only how she had Intentionally throwy My Drivers License at Me Abusively, Aggressively Adversially striking Me in My Face.

10.
04/21/2026

I also found My Car Registration later near Me after she left.

She gave Me a @ citation Falsely for F.S. Careless Driving and for Not having My Car Registration because she Yelled at Me and told Me that she was NOT going to wait. The Careless Driving false Allegation ruined so many opportunite For Me. Turo refused to rent cars to us. My Insurance with Farm Bureau sky rocketed to almost $1000.00 a Month, Same with Dairy land, etc.

I couldn't even afford that much. I also couldn't get jobs as couriers, etc.

11.
2026/04/21

Court Records will show that I made several Timely request during the alloted Time to FWC for her Lose. Elisha D. Cermuto's Body Cam, Car 1 Patrol Car Camera, etc, but they refused to send it because of how she was Intentionally Abusively Adversely Behaving towards me.

It would also show her behaving Intentionally Maliciously Adversally, Abusively Aggressively Outrageous towards Me in an Unhinged Manner Repeatedly Consistently, Methodically. for No apparent Reason with No Regard for My Mental or Physical Safety. It would also show that she was Lying Under Oath Under The Color of The Law and Justice.

When we finally got to court, I kindly Approached her per Court Protcol to hand her a Proposed Order.

12.
04/21/2026

She was still (very) obviously Intentionlly Adverslal and Unhinged, rolled her eyes at me and refused to take them.

Under oath she repeatedly lied. on Me. She twisted Probable Cause Created and Entire False Narrative, Lied On her report talked (spoke to me like I was just a Nigger Dog beneath her. The list of her Obvious Lies Misinformation, Disinformation etc goes on and on.

Under Oath she Absolutly (SP) and Completely Lied, stating that I was behind her and she was in front of me or words to that Affect, which made no Hinged Sense because how can I not only commit an infraction

behind her, but how can I pull her over. Just Lyingggah! She Completely Presented a False Narrative Under Oath, and the Magistrate was there for it.

13.
04/21/2026

She lied so many Times Under Oath Under The Colors of Law until I lost count.

I absolutely Mentioned her Disturbing Adversial, Abusive, Excessive Demeanor, Misconduct etc in Court. She showed Zero Remorse.. towards Me for her [due to her Outrageous lunacies.

According to The Laws I had a Right To ALL information Pertaining to this Citation and Falsafied Detention, but the FWC which was Called And Emailed Refused to Give them to Me. This is a Constitutional Deprivation of My Rights As Wells.

This is Conspiracy Against My God Given Rights. Lawfully.

14.

This is a Violation of The Florida 04/21/2026 Sunshine Act. There are so Many Moving parts.

It does not help that the governor/government changed (to oct 01) the Laws to (Sunset Law) putting almost a pause on The America People being able to Request such evidence that would support their claims. As Our safety barrier why do they consistently sneak and do such thing that work against the American People but further and their outfits. No Wonder Corruption In Every Aspect of Our government is So Outrageously lawlessly out of control.

There was no Probable Cause for this stop. There is no justification for this Lt. fc. Cernuto stopping me. The Florida Fish and Wildlife Conservation Commission made No

Case #: 562024 TRO 33 847
attempt to Provide Me with
the Evidence that I needed.
Requested. FWC advise us
that they no longer had
the information any longer
according to sources when they
contacted them in April 2026.

I was sitting in My Car unarmed
Defenseless, when she
Adversially Aggressively both
snatched and Threw My
Drivers License back At Me.
after taking them from Me.
   If I had done any of this
As a Christian Black woman
they would have thrown the
book at Me like they do
to most Black and Brown People.
   Contact with Ofc Elisha Cernuto
was Outrageously Offensive and
Harmful Physically, Emotional, Mentally
Psychological and Finacial. I had
to turn down work for over a
Year to attend Court. She only had
to show up One day after Lying.

From all appearances
Covertly someone inside of
the American government
has something against Me and
because of their entrusted power
entrusted influences, entrusted position
authority, etc they are in the
perfect position to influence,
these overt foot soldiers who
are actors of the state (paid)
Pay for Profit, for employment
for promotion, perks etc to
commit all of these Cruel and
Un Usual, Unjustifiable Crimes
against and Constitutional
Violations against Me.
     These are covert and overt
joint efforts from All levels
of law enforcement mimicking
cointelpro, which explains why
we have been pulled over
a disturbing and Alarming amount
of Times by Federal, State, County
City etc law enforcement in
Florida, Georgia, South Carolina.

16.
04/21/2026

Violations Included also

Some Damages / Compensations and Punitive:
I AM Seeking Compensation
For Emotional Distress - Psychological.
Distress - Loss of Income
Losses of Opportunities          04/21/2026

- Financial Harms
- Employee / Loss Employment Opportunitie
- Punitive Damages - Conduct was
  Intentional, Malicious etc
  Hence the Court can
- For Displacement
- Defamation
- Libels -
- Coercion
- Conspiracy Against My Rights
- Assault
- Battery
- Aggravated Stalking
- Aggravated Assault
- Testimonial injuries
- Psychological Abuse
- Abuse of Power
- Obstruction of Justice
- Abuse of Authority
- Power harassment
- Extreme and Outrageous Misconduct
- 4th    Amendment Violations

Compensation, Punitive Dames and
  Violations (Some): 2024 TR 033847
                              18.
- Police Misconduct
- Retaliation
- Acts of Revenge
- Civil Conspiracy
- Breach of Fiduciary Duty
- Eight Amendment Violations
- 42 U.S.C § Section 1983
- Abuse of Power
- Acts of Terrorism
- Obstruction of Justice
  18.U.S.C. 1503
- Harassment
- Outrageous Overt Actions and
  Behaviors
- Police Bullying / Federal
- Malfeasance - Intentional
- Misfeasance - Intentional
- Creating and Causing Civil Unrest
- Fourteenth Amendment
  Violation(s)
- Fourth Amendment Violations
    Unlawful Traffic Stop ~ No
  Probable Cause - Thompson v Clark 596 U.S 2022
  - Excessive Surveillance - See O.A.V.IO.
  Besides ofe Cernuto We/I have been

Compensation, Punitive Damages
And Violations Cont'd: 2024 TR 033847

+ Unlawfully Adversially Hounded
Constantly Surveillance, Constantly
Detained etc ... Innumerable
times throughout Florida, Georgia,
South Carolina by State, County
City etc law enforcement.

These Hostile and Adversial
Actions and Behaviors Towards Me
Us continues at My Employment
site as if someone in the
government has something
against Me, which is worse than
Malicious Persecution.

X I do not know the Legal
Term for the above Meaning
someone covertly using their
Abusing their authority, power
position, funds (government) etc
to influence, command these
law enforcement agencies
businesses to commit these
crimes, Constitutional violations Etc,
but the Amount of Funds, government
Personnel, businesses etc is
to vast to vastly joint effort use
for this to be otherwise.

Violations Cont'd                    20
+ All of this is and has caused
- Economical warfare
- Financial warfare
- Educational warfare
  Unemployment - whichare
Constitutional violations
equating to Organized Crimes.
- Malicious Oppression
- Loss of Wages
+ Gross Negligence
= Brady Law Violation
  Suppressing Exculpatory Evidence,
  Due Process - Brady v Maryland (1963)
- Economical Damages

- Unlawful Detention ~4th
  Amendment
  -Thompson v. Smith, 154 SE 529
  - Hadfield v. London, '98 Wash 516
  - Teche Lines v. Danforth
  Co. Litt. 309; Wing. Max. 56; 2 Kent, Comm.
  324; 35 U.S. 161, 175.
  - - Union Pac. Ry. v. Botsford,
    141 U.S. 250, 251
- Article III I AM A Living Woman...

2024 TR 033847
- Illegal Detention
- Racial Profiling
- Abuse of Discretion
- Brady Violations
- 18 U. S. C. § 241 Violations
- 18. U. S. C. § 242 Violations
- 42 U.S.C § 1983 Violations
- Malicious Persecution 42.U.S.C 1983
- Abuse of Authority
[ Tampering with Evidence
18.U.S. Code § Tampering with Evidence / Destruction
- Improper Assertion of Legal Authority
- Racial Profiling
- Violation of F.S. 286. Sunshine Law
- Due Process Violations etc
- Police Misconduct
- Police Harassment
- Corruption 18 U.S.C § 21ˢ
- Organized Crime
- Material Misrepresentation
- Intentional Infliction of Emotional Distress
- Bullying
- Tampering with Evidence

21.
18.1
04/20/2026